UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  STEVEN WAYNE BONILLA | No. 2:24-cv-00874-WBS-CSK |
| | No. 2:24-cv-00875-WBS-CSK |
| | No. 2:24-cv-00998-WBS-CSK |
| | No. 2:24-cv-01013-WBS-CSK |
| | No. 2:24-cv-01015-WBS-CSK |
| | No. 2:24-cv-01017-WBS-CSK |
| | No. 2:24-cv-01050-WBS-CSK |
| | No. 2:24-cv-01052-WBS-CSK |
| | No. 2:24-cv-01064 WBS-CSK |
| | No. 2:24-cv-01065 WBS-CSK |
| | |
| | **ORDER** |

     Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

1

1  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
2  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
3  the Court to open a new case for each attempted new pleading and assign it to the Court for
4  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
5  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

6       The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7  finds they are related to Plaintiff's Alameda County criminal conviction.[1]

8       Accordingly, IT IS HEREBY ORDERED that 2:24-cv-00874, 2:24-cv-00875, 2:24-cv-
9  00998, 2:24-cv-01013, 2:24-cv-01015, 2:24-cv-01017, 2:24-cv-01050, 2:24-cv-01052, 2:24-cv-
10  01064 and 2:24-cv-1065 are DISMISSED; the Clerk of the Court is directed to close these cases.
11  No further filings will be accepted.

12  Dated:  April 26, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] In the caption of 2:24-cv-00875, plaintiff names the Yuba County Superior Court.  To the extent plaintiff intended to raise the claims raised in 2:24-cv-00875 in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-00875 are related to Plaintiff's Alameda County criminal conviction.

2